# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RICARDO GABINO,**

      **Plaintiff,**

v.                                      Case No. 05-C-417

**DR. BOHLMAN and
ELIZABETH PETERS,**

      **Defendant,**

## ORDER

Plaintiff Ricardo Gabino, who is incarcerated at the Kettle Moraine Correctional Institution, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. On June 6, 2005, the court granted plaintiff's motion for leave to proceed in forma pauperis on a claim that, while detained at the Walworth County Jail, he was denied medical care because he lacked adequate funds to pay for it.

On December 29, 2005, plaintiff filed a letter, addressed to the Clerk of Court, requesting that this case be transferred to the Western District of Wisconsin "as soon as possible." (Pl.'s Letter at 2.) Plaintiff provides no reasons in support of his request. I construe plaintiff's request as a motion to transfer venue.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Plaintiff was incarcerated at Walworth County Jail at all times relevant, which is located in the Eastern District. Moreover, the defendants were employed at Walworth County Jail at all times relevant. There is no indication where either

defendant resides. Plaintiff has not established that venue is proper in the Western District of Wisconsin and therefore, his request to transfer venue to that district will be denied. See 28 U.S.C. § 1391.

## ORDER

**IT IS THEREFORE ORDERED** that plaintiff's motion to transfer venue (Docket #7) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 7 day of February, 2006.

/s_____
LYNN ADELMAN
District Judge